**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

Highland Row Apartments,

    Plaintiff,

    v.                                  Case No. 2:26-cv-02496-BCL-cgc

Courtney Selmon-Austin,

    Defendant.

## ORDER REMANDING CASE TO STATE COURT

Defendant removed this case from Shelby County General Sessions Court. Doc. 2. On the same day, Defendant moved for leave to proceed *in forma pauperis*. Doc. 3. Plaintiff filed a motion for remand. Doc. 7. On May 27, 2026, Magistrate Judge Charmiane G. Claxton[1] issued a Report and Recommendation that this case should be remanded to state court for lack of subject matter jurisdiction. Doc. 9. The deadline to file objections has passed and Defendant did not file an objection.

A United States District Court Judge may designate a United States Magistrate Judge to submit proposed findings of fact and conclusions of law for disposition by the District Judge of certain motions. 28 U.S.C. § 636(b)(1)(B). The District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," and "shall make

---

[1] Pursuant to Administrative Order No. 2013-05, this case was referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.

a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Based upon a de novo review of the record and lack of any objections, the Court **ADOPTS** the Report and Recommendation (Doc. 9) in full. Accordingly, this case is **REMANDED** to the Shelby County General Sessions Court and Plaintiff's separate motion for remand (Doc. 7) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 11th day of June, 2026.

s/ *Brian C. Lea*

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE