**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

Highland Row Apartments,

    Plaintiff,

    v.                                    Case No. 2:26-cv-02496-BCL-cgc

Courtney Selmon-Austin,

    Defendant.

---

**JUDGMENT**

---

    **JUDGMENT BY THE COURT**. The Court has remanded this case back to the Shelby County General Sessions Court. All pending motions are **TERMINATED**. The Clerk is **DIRECTED TO CLOSE THIS FEDERAL CASE**.

    **IT IS SO ORDERED**, this 11th day of June, 2026.

                                     s/ *Brian C. Lea*
                                     BRIAN C. LEA
                                     UNITED STATES DISTRICT JUDGE